THE CITY OF NEW YORK, Respondent, *v.* EDGAR S. APPLEBY et al., Individually and as Executors of CHARLES E. APPLEBY, Deceased, Appellants.

*City of New York* v. *Appleby*, 168 App. Div. 552, affirmed.
(Submitted May 8, 1916; decided October 3, 1916.)

APPEAL from a judgment, entered September 15, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants, entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff in an action under section 1035 of the charter of the city of New York (L. 1908, ch. 490) to foreclose a transfer of tax lien.

*Charles F. Brown* and *Banton Moore* for appellants.

*Lamar Hardy, Corporation Counsel* (*William H. King* and *Charles Bradshaw* of counsel), for respondent.

Judgment affirmed, with costs, on the opinion in *City of New York* v. *Appleby* (219 N. Y. 76).

Concur: HISCOCK, CUDDEBACK, HOGAN and POUND, JJ. Dissenting on ground that map was insufficient: WILLARD BARTLETT, Ch. J., and COLLIN, J.